1 | BENJAMIN B. WAGNER
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | KATHRYN R. WATSON
Special Assistant United States Attorney
4 | California Bar No. 244142
    333 Market Street, Suite 1500
5 | San Francisco, California 94105
    Telephone: (415) 977-8928
6 | Facsimile: (415) 744-0134
    E-Mail: kathryn.watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

SALVADOR SOTO PEREZ,        )
                            )   Case No. 1:10-CV-01471-SKO
            Plaintiff,      )
                            )   STIPULATION AND ORDER TO EXTEND
        v.                  )   TIME
                            )
MICHAEL J. ASTRUE,          )
Commissioner of Social Security, )
                            )
            Defendant.      )
_____)

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Doc. No. 13) is hereby extended 40 days from May 12, 2011 to June 21, 2011. This is Defendant's first request for an extension in this case.

///
///
///
///
///
///
///

1

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                                Respectfully submitted,

Dated: May 11, 2011          */s/ Steven G. Rosales*
                                  (authorized by email)
                                  STEVEN G. ROSALES
                                  Attorney for Plaintiff

Dated: May 11, 2011          BENJAMIN B. WAGNER
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  */s/ Kathryn R. Watson*
                                  KATHRYN R. WATSON
                                  Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   May 12, 2011**             **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE